IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID M. STAGGS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-06-1125-T |
| | ) |
| JUSTIN JONES, Director, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary Purcell, recommending denial of Petitioner's motion to proceed *in forma pauperis*. Petitioner has not objected to the Report but, instead, has paid the $5.00 filing fee for his Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus.

Accordingly, the Court adopts the Report and Recommendation [Doc. 5] and denies as moot Petitioner's Motion for Leave to Proceed In Forma Pauperis [Doc. 2]. The case is re-referred to Judge Purcell for further proceedings consistent with the initial case referral [Doc. 4].

IT IS SO ORDERED this 14th day of November, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE